# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RIAN LEE KVERNES,<br><br>Defendant. | CR 17-78-BLG-SPW-2<br><br><br><br>ORDER |

Upon the United States' Unopposed Motion for Witness to Appear Via Zoom (Doc. 186), and for good cause shown,

**IT IS HEREBY ORDERED** that Dr. Leo Kadehjian may testify via Zoom at the revocation hearing scheduled for May 24, 2023 at 3:30 p.m. in Billings, Montana.

The Zoom Conferencing information is as follows:

https://mtd.zoomgov.com

Mtg. Code:   160 6666 1077

Passcode:   412755

1

DATED this  4th  day of May, 2023.

SUSAN P. WATTERS
United States District Court