IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RIAN LEE KVERNES,<br><br>Defendant. | Case No. CR-17-78-BLG-SPW<br><br><br>ORDER RESETTING<br>REVOCATION HEARING |

At the request of U.S. Probation,

**IT IS HEREBY ORDERED** that the Revocation Hearing presently set for Wednesday, September 27, 2023 at 1:30 p.m., is **VACATED** and **RESET** for **Tuesday, August 22, 2023** at **2:30 p.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of August, 2023.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE